MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgas.com
Attorney for Defendant
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| DAVID LEMUS, an individual,<br><br>  Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE, a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>  Defendants. | CASE NO.: 2:21-CV-02067-ART-EJY<br><br>**ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff DAVID LEMUS and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

///

1

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this 16th day of March, 2023.   DATED this __ day of _____, 2022.

OLSON CANNON GORMLEY & STOBERSKI   TANNER LAW FIRM

/s/ Michael A. Federico, Esq.

_____   _____
MICHAEL A. FEDERICO, ESQ.   DAVID A. TANNER, ESQ.
Nevada Bar No. 005946   Nevada Bar No.: 008282
9950 West Cheyenne Avenue   7895 W. Sunset Rd., Ste. 115
Las Vegas, Nevada 89129   Las Vegas, Nevada 89113
Attorneys for Defendant   Attorney for Plaintiff
*Costco Wholesale Corporation*   *David Lemus*

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff DAVID LEMUS against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto. The Clerk's Office is directed to close this case.

**IT IS SO ORDERED.**

DATED:_____

**SEE PAGE 3 FOR SIGNATURE**
_____
UNITED STATES DISTRICT JUDGE ANNE R. TRAUM

Respectfully submitted by:
OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129

2

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this ___ day of _____, 2022.          DATED this 17 day of MAR, 2022.

OLSON CANNON GORMLEY & STOBERSKI          TANNER LAW FIRM

_____            _____
MICHAEL A. FEDERICO, ESQ.                 DAVID A. TANNER, ESQ.
Nevada Bar No. 005946                     Nevada Bar No.: 008282
9950 West Cheyenne Avenue                 7895 W. Sunset Rd., Ste. 115
Las Vegas, Nevada 89129                   Las Vegas, Nevada 89113
Attorneys for Defendant                   Attorney for Plaintiff
*Costco Wholesale Corporation*            *David Lemus*

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff DAVID LEMUS against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto. The Clerk's Office is directed to close this case.

**IT IS SO ORDERED.**

DATED: 3/17/2023

_____
UNITED STATES DISTRICT JUDGE ANNE R. TRAUM

Respectfully submitted by:
OLSON CANNON GORMLEY & STOBERSKI

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129

2